**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Errol Washington, as Personal Representative of the
Estate of Danny Washington, Petitioner,

v.

Alice R. Stewart, Leroy Stewart, Alvin E. Burch, a/k/a
Alvin E. Birch, Rudell S. Burch, Sterling Lending Group,
Inc., a South Carolina Corporation, Regent Bank, and
Wachovia Bank, N.A., Defendants,

Of Whom Alice R. Stewart, Leroy Stewart, Alvin E.
Burch, a/k/a Alvin E. Birch, Rudell S. Burch and
Wachovia Bank, N.A. are the Respondents.

Appellate Case No. 2012-213171

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Charleston County
The Honorable Roger M. Young, Sr., Circuit Court Judge

———————

Memorandum Opinion No. 2015-MO-025
Heard April 21, 2015 – Filed May 6, 2015

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

T. Alexander Beard, of Beard Law Offices, of Mt. Pleasant, and Edward P. Guerard, Jr., of Mt. Pleasant, both for Petitioner.

Trudy Hartzog Robertson and Robert Ernest Sumner, IV, both of Moore & Van Allen, PLLC, of Charleston, for Respondent.

**PER CURIAM:**  We granted certiorari to review the decision of the Court of Appeals in *Washington v. Stewart*, Op. No. 2012-UP-420 (S.C. Ct. App. filed July 11, 2012), which affirmed the circuit court's grant of summary judgment for Wachovia Bank on Errol Washington's claims of aiding and abetting a breach of fiduciary duty and negligence.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**